# Drummond & Squillace, PLLC

Attorneys at Law
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050 /F: (718) 298-5554
www.dswinlaw.com

Stephen L. Drummond*
JoAnn Squillace**

*Admitted NY, NJ, FL
**Admitted NY, NJ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-2015
```

October 8, 2015

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Erica Noonan v City of New York, et al. 14 Civ. 4084 (LTS) (JLC)

Dear Judge Swain,

I trust all is well with Your Honor.

I am JoAnn Squillace, Esq. of the Law Firm of Drummond & Squillace, PLLC, attorneys for Plaintiff, Ms. Erica Noonan, in the above captioned matter. As per my telephone conference with Your Honor's Law Clerk last week regarding the above captioned matter, I write to respectfully request an adjournment of the initial conference currently scheduled for October 9, 2015.

Based upon Your Honor's Decision dismissing the Complaint as and against the City of New York and New York City Police Department, only Defendant Becker and the "John Does" remain named herein. As previously advised, the City of New York, via the Office of Corporation Counsel, has maintained the position that they will not be representing Defendant Becker in this matter. As such, under separate cover and in accordance with Your Honor's Rules of Practice, Plaintiff will be seeking a default judgment against Defendant Becker herein.

Based upon the foregoing, and given that Plaintiff's Appeal of Your Honor's Decision dismissing the Complaint as and against the City of New York and New York City Police Department is still pending and that Plaintiff will be seeking a default judgment as against Defendant Becker herein, it is respectfully requested that tomorrow's conference be adjourned.

Please be further advised that the within request was not made prior to today because your affirmant was called out of State for a family medical emergency for my father, who suffers

from kidney failure, for whom I serve as Health Care Proxy and Power of Attorney, who was admitted into Sarasota Memorial Hospital and into their Emergency Care Unit for kidney failure complications including infection and sepsis. Your affirmant has just returned to the office today and, as such, I am making the within request today.

Thank You for Your Honor's time and consideration herein.

Very truly yours,

JOANN SQUILLACE
JS/JS
Court-03

CC: ACC Elissa Jacobs (Via ECF)

The conference is adjourned to January 15, 2016, at 10:00 AM. The Court extends its best wishes for your father's speedy recovery.
De #30 resolved.

SO ORDERED:

10/9/15

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE