UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ERICA NOONAN,

       Plaintiff,

  -v-                                                       No. 14 CV 4084-LTS-JLC

NEW YORK CITY POLICE DEPARTMENT
OFFICER CARLOS BECKER, SHIELD
#25985, Individually and in his official
capacity as a New York City Police Officer
and "JOHN DOES", names being fictitious
intended to be New York City Police Officers,
individually and in their official capacities as
New York City Police Officers,

       Defendant.

-----------------------------------------------------------x

<u>ORDER</u>

       Plaintiff Erica Noonan ("Plaintiff") brings this action against Defendant Carlos Becker ("Defendant"), alleging deprivation of her civil rights, pursuant to 42 U.S.C. §§ 1983, 1986, the Eighth and Fourteenth Amendments to the United States Constitution, and the constitution and common laws of the State of New York. On August 23, 2017, the Court granted Plaintiff's default judgment motion, made pursuant to Federal Rules of Civil Procedure 55, 55(a), and 55(b)(2), against Defendant as to each Section 1983 cause of action, and referred the case to Magistrate Judge James L. Cott to conduct an inquest into damages. Defendant has yet to appear or respond to the claims asserted in this action, despite being afforded ample time and opportunity to do so.

       On April 10, 2018, Magistrate Judge James L. Cott issued a Report and Recommendation (the "Report") recommending that the Court award Plaintiff compensatory

damages in the amount of $1,013,000 and punitive damages in the amount of $1,000,000. No objections to the Report have been filed by either party.

When reviewing a report and recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C.S. § 636(b)(1) (C) (LexisNexis 2016). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Service, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal citations and quotation marks omitted).

Having reviewed Magistrate Judge Cott's thorough and well-reasoned Report, to which no objection has been made, the Court finds no clear error. Therefore, the Court adopts the Report in its entirety. Accordingly, Plaintiff is awarded compensatory damages in the amount of $1,013,000 and punitive damages in the amount of $1,000,000. The Clerk of Court is directed to enter judgment accordingly and close this case.

This Order resolves Docket Entry No. 81.

SO ORDERED.

Dated: New York, New York
May 3, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy Mailed To:**
Carlos Becker #89529-053
FCI Coleman Medium
Federal Correctional Institution
P.O. Box 1032
Coleman, Florida 33521